THE ST. PAUL. VANELIUS v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. February 7, 1898.) No. 181. Appeal from the District Court of the United States for the District of Alaska. Warren Gregory, for appellant. Charles A. Garter, for the United States. Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. This case is precisely similar to the case entitled "La Ninfa," heretofore decided by this court, and reported in 44 U. S. App. 648, 21 C. C. A. 434, and 75 Fed. 513. On the authority of that case, the decree appealed from is reversed, and the cause remanded, with instructions to the district court to dismiss the libel.

---

STANDARD OIL CO. v. BELL et al. (Circuit Court of Appeals, Fifth Circuit. May 24, 1898.) No. 598. In Error to the Circuit Court of the United States for the Southern District of Florida. This is an action brought by William J. Bell and others against the Standard Oil Company to recover possession of land and damages for the occupation and use thereof. Judgment for plaintiffs, and defendant brings error. Affirmed. J. C. Cooper, W. W. Howe, W. B. Spencer, and G. B. Cocke, for plaintiff in error. H. Bisbee, for defendants in error. Before PARDEE and McCORMICK, Circuit Judges, and SWAYNE, District Judge.

McCORMICK, Circuit Judge. This case is identical in its substantial issues with the case of Railroad Co. v. Bell (just decided) 87 Fed. 369, the plaintiff in error in this case claiming under the Florida Central & Peninsular Railroad Company; and, on the ground and for the reasons given and suggested in the opinion in that case, the judgment of the circuit court in this case is affirmed.

---

TRUMAN v. DEERE IMPLEMENT CO. (Circuit Court of Appeals, Ninth Circuit. February 21, 1898.) No. 377. Appeal from the Circuit Court of the United States for the Northern District of California. John L. Boone, for appellant. M. A. Dorn, D. S. Dorn, and Chas. E. Nouges, for appellee. Before GILBERT and ROSS, Circuit Judges, and HAWLEY, District Judge.

HAWLEY, District Judge. This case involves the same questions as were presented and decided in Truman v. Holmes, 87 Fed. 742; and, upon the authority of that case, the judgment of the circuit court is affirmed, with costs.

---

### WESTENFELDER v. GREEN et al.

(Circuit Court of Appeals, Ninth Circuit. May 17, 1898.)

No. 423.

APPEAL—RECORD.

Appeal from the Circuit Court of the United States for the District of Oregon.

Before ROSS and MORROW, Circuit Judges, and HAWLEY, District Judge.

ROSS, Circuit Judge. This was, apparently, a suit in equity to quiet complainant's alleged title to a lot of land in the city of Portland, Or. See 76 Fed. 925, 78 Fed. 892. It was argued, both orally and by brief, on behalf of the respective parties, as if there was an appeal here from the decree of the court below. An examination of the record, however, fails to disclose any such appeal; and, if it did, there is nothing in the transcript showing the case upon which the decree printed therein was based. Indeed, there is nothing in it properly certified or identified. The pretended appeal, together with all of the proceedings herein, is accordingly dismissed.